# COMPOSITE EXHIBIT A



**Stacy M. Butterfield, CPA**
**Clerk of Courts & Comptroller**
**Polk County, Florida**

Public Records Online
CASE INFORMATION

Printed as of 7/22/2016 by Public

Case Number: 2016CA001948000000

Judge: MARK CARPANINI                Section: 04

## Parties

| Party Type | Party Name | Attorney |
|---|---|---|
| DEFENDANT | SHELLPOINT MORTGAGE | TROENDLE JOSEPH S |
| PLAINTIFF | BAKER, SETHE | ARKOVICH CHRISTIE DEE |

## Dockets

| Date | Action | Type | Pages | Sequence |
|---|---|---|---|---|
| 6/13/2016 | CIVIL COVER SHEET | CCS | 2 | 1 |
| 6/13/2016 | COMPLAINT FOR UNLAWFUL DEBT COLLECTION PRACTICES AND DEMAND FOR JURY TRIAL | CO | 15 | 2 |
| 6/13/2016 | REQUEST FOR SUMMONS TO BE ISSUED | RQ | 1 | 3 |
| 6/14/2016 | SUMMONS ISSUED BY CLERK-SHELLPOINT MORTGAGE | SI | 1 | 4 |
| 6/17/2016 | REFUND OF CREDIT CARD OR E-PORTAL | RC | 1 | 5 |
| 6/23/2016 | PLAINTIFF'S NOTICE OF FILING OF RETURN OF SERVICE OF SUMMONS -SERVICE OF PROCESS SERVED -SHELLPOINT MORTGAGE | SPS | 2 | 6 |
| 6/23/2016 | PLAINTIFF'S AMENDED NOTICE OF FILING OF RETURN OF SERVICE OF SUMMONS - SERVICE OF PROCESS SERVED SHELLPOINT MORTGAGE | SPS | 2 | 7 |
| 7/15/2016 | NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT AND DESIGNATION OF PRIMARY AND SECONDARY EMAIL ADDRESSES | DEA | 2 | 8 |

Public Records Online

CASE INFORMATION

Printed as of 7/22/2016 by Public

Case Number:     2016CA001948000000

Judge:     MARK  CARPANINI            Section:   04

No Hearing Data Available

Receivables

| Date | Receipt Amount | Description | Paying Customer | Receipt Number | Receivable Number |
|---|---|---|---|---|---|
| 6/14/2016 | $410.00 | Fees Assessed | CHRISTIE D. ARKOVICH | 6896127 | |
| 6/14/2016 | $10.00 | Fees Assessed | CHRISTIE D ARKOVICH | 6896806 | |
| Balance Due | $0.00 | | | | |

No Disposition Data Available

No Reopen Data Available

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form shall be filed by the plaintiff or petitioner for the use of the Clerk of the Court for the purpose of reporting judicial workload data pursuant to Florida Statutes section 25.075.

**I. CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>TENTH</u> JUDICIAL CIRCUIT,
IN AND FOR <u>POLK</u> COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>SETHE BAKER</u>
Plaintiff
     vs.
<u>SHELLPOINT MORTGAGE</u>
Defendant

**II. TYPE OF CASE**

- ☐ Condominium
- ☒ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure $0 - $50,000
  - ☐ Commercial foreclosure $50,001 - $249,999
  - ☐ Commercial foreclosure $250,000 or more
  - ☐ Homestead residential foreclosure $0 – 50,000
  - ☐ Homestead residential foreclosure $50,001 - $249,999
  - ☐ Homestead residential foreclosure $250,000 or more
  - ☐ Non-homestead residential foreclosure $0 - $50,000
  - ☐ Non-homestead residential foreclosure $50,001 - $249,999
  - ☐ Non-homestead residential foreclosure $250,00 or more
- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more
- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical
  - ☐ Malpractice – other professional
- ☐ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☐ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☐ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐  No ☒

| | | |
|---|---|---|
| III. | REMEDIES SOUGHT (check all that apply): | |
| | ☒ | Monetary; |
| | ☐ | Non-monetary |
| | ☐ | Non-monetary declaratory or injunctive relief; |
| | ☐ | Punitive |
| IV. | NUMBER OF CAUSES OF ACTION: (   ) (Specify) | |
| | 3 | |
| V. | IS THIS CASE A CLASS ACTION LAWSUIT? | |
| | ☐ | Yes |
| | ☒ | No |
| VI. | HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED? | |
| | ☒ | No |
| | ☐ | Yes – If "yes" list all related cases by name, case number and court: |
| VII. | IS JURY TRIAL DEMANDED IN COMPLAINT? | |
| | ☒ | Yes |
| | ☐ | No |

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature s/ Christie D. Arkovich         FL Bar No.: 963690
        Attorney or party                                                                          (Bar number, if attorney)

        Christie D. Arkovich    06/13/2016
           (Type or print name)                                                                   Date

2016CA-001948-0000-00        Received in Polk 06/13/2016 09:52 AM

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, FLORIDA
CIVIL DIVISION

SETHE BAKER
    Plaintiff

v.    Case No. 2016-CA-001948

SHELLPOINT MORTGAGE,

    Defendant
_____/



RECEIVED
JUN 24 2016
BY: ..................

## SUMMONS

**THE STATE OF FLORIDA**
**TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:**
**GREETINGS:**

    **YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint or Petition in the above styled cause upon the Defendant:

**SHELLPOINT MORTGAGE**
**55 BEATTIE PLACE, SUITE 500**
**GREENVILLE, SC  29601**

    Each Defendant is hereby required to serve written defenses to said Cross-claims or Petition on Plaintiff's attorney, whose name and address is:

Christie D. Arkovich, Esq.
Law Office of Christie D. Arkovich
1520 W. Cleveland St.
Tampa, Florida  33606

within 20 days after service of this Summons upon that Defendant, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter.  If a Defendant fails to do so a default will be entered against that Defendant for the relief demanded in the Cross-claims or Petition.

    **WITNESS** my hand and the seal of said Court on this ____ day of **06/14/2016**, 2016.

STACY M. BUTTERFIELD
Clerk of Circuit and County Courts
Polk County

By: _____
    Deputy Clerk



Filing # 42637864 E-Filed 06/13/2016 09:50:16 AM

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL
CIRCUIT IN AND FOR POLK COUNTY, FLORIDA
CIVIL DIVISION

__SETHE BAKER_____
Plaintiff(s)

CASE NO.:_____

DIVISION: _____

vs.

__SHELLPOINT MORTGAGE_____
Defendant(s)

REQUEST FOR ISSUANCE OF SUMMONS – CIRCUIT CIVIL

This is a request for issuance of service of process by the Clerk of Court as follows:

*PLEASE NOTE THAT A SEPARATE REQUEST
IS REQUIRED FOR EACH PARTY TO BE SERVED*

| Type of Process: (choose one) | |
|---|---|
| ✔ Initial Summons     ☐ Alias Summons     ☐ Pluries Summons | |
| **Type of Summons:** (choose one) | |
| County Court - indicate days to respond<br><br>✔ 20  ☐ 30  ☐ 45  ☐ 60  ☐ other___ | ☐ Small Claims-Notice to Appear for Pre-Trial Conference |

| Party Information: |
|---|
| Party to be served:<br>SHELLPOINT MORTGAGE |
| Party Street Address:<br>55 Beattie Place, Suite 500 |
| Party City State Zip:<br>Greenville, SC 29601 |
| Email Address to Return Issued Summons:  CDALAW@TAMPABAY.RR.COM &<br>CDALAW7@TAMPABAY.RR.COM |

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, FLORIDA
CIVIL DIVISION

SETHE BAKER
        Plaintiff

v.                               Case No. 2016-CA-001948

SHELLPOINT MORTGAGE,

        Defendant
_____/

## SUMMONS

THE STATE OF FLORIDA
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:
GREETINGS:

**YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint or Petition in the above styled cause upon the Defendant:

SHELLPOINT MORTGAGE
55 BEATTIE PLACE, SUITE 500
GREENVILLE, SC  29601

Each Defendant is hereby required to serve written defenses to said Cross-claims or Petition on Plaintiff's attorney, whose name and address is:

Christie D. Arkovich, Esq.
Law Office of Christie D. Arkovich
1520 W. Cleveland St.
Tampa, Florida  33606

within 20 days after service of this Summons upon that Defendant, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter.  If a Defendant fails to do so a default will be entered against that Defendant for the relief demanded in the Cross-claims or Petition.

**WITNESS** my hand and the seal of said Court on this ____ day of __06/14/2016__, 2016.

STACY M. BUTTERFIELD
Clerk of Circuit and County Courts
Polk County

By: _____
Deputy Clerk

TO:     CLERK'S ACCOUNTING DEPARTMENT

# REFUND OF CREDIT CARD OR E-PORTAL

**ATTACH NEW VISION CASHIERING/SHOWCASE RECEIPT AND MYFLORIDA RECEIPT TO THIS FORM. DO NOT PUT THE CREDIT CARD NUMBER FROM THE CUSTOMER'S CREDIT CARD ON THIS FORM**

DATE: June 17th, 2016

DEPARTMENT: Civil Law

CASE NUMBER: 2016CA-001948-0000-00          E-FILING #: 42706994

NEW VISION/SHOWCASE RECEIPT #: 6896806          CASH REGISTER : M001

CREDIT CARD RECEIPT #: _____          E-PORTAL ORDER ID #: 1586646

SETTLED DATE: 6/14/16

NAME ON CREDIT CARD/ACCOUNT: Christie D. Arkovich, Esquire

ADDRESS: 1520 W. Cleveland St.

CITY: Tampa          STATE: FL          ZIP CODE: 33606

PAYMENT METHOD:          X CREDIT CARD          _____ E-CHECK (ACH)

REFUND AMOUNT REQUESTED: $10.00

REASON FOR REFUND: The attorney paid for the summons twice.

DO **NOT** VOID THE RECEIPTED TRANSACTION PROCESSED THROUGH THE PORTAL

PREPARED BY: Debby Porter

SUPERVISOR/ MANAGER: /s/ Debby Porter

CLERK'S ACCOUNTING SUPERVISOR / MANAGER:

_____          DATE: _____

Revised 5/20/16

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, FLORIDA
CIVIL DIVISION

SETHE BAKER
        Plaintiff

v.                                      Case No. 2016-CA-001948

SHELLPOINT MORTGAGE,

        Defendant
_____/

## PLAINTIFF'S AMENDED NOTICE OF FILING OF
## RETURN OF SERVICE OF SUMMONS

Please take notice that Plaintiff, SETHE BAKER, has filed with the clerk of Circuit Court the return of service for the Summons served on SHELLPOINT MORTGAGE, on June 22, 2016.

        Respectfully Submitted,

        */s/Christie Arkovich*
        Christie D. Arkovich, Esq.
        Florida Bar No. 963690
        cdalaw@tampabay.rr.com
        Barbara C. Leon, Esq.
        Florida Bar No. 582115
        cdalaw5@tampabay.rr.com
        CHRISTIE D. ARKOVICH, P.A.
        1520 W. Cleveland St.
        Tampa, Florida 33606
        (813) 258-2808
        (813) 258-5911 (Facsimile)
        Attorneys for Plaintiff(s)
        Service email: 1. cdalaw@christiearkovich.com
                         2. cdalaw3@tampabay.rr.com

**Tracy Tyler**

| | |
|---|---|
| From: | WSP Server <DBSServer@dbsinfo.net> on behalf of Serve Legal Process, Inc <wmurray@servelegalprocess.com> |
| Sent: | Thursday, June 23, 2016 10:38 AM |
| To: | cdalaw7@tampabay.rr.com |
| Subject: | SKP Status on (Shellpoint Mortgage) |

To: Christie D. Arkovich, P.A.

This is an automated message relating to:
   Our Job Number: 2016001451
   Your Reference Number:
   Party to be Served: Shellpoint Mortgage
   Case Info: Florida Polk 2016-CA-001948
     Sethe Baker vs.
     Shellpoint Mortgage

Recipient was SERVED on Jun 22 2016 2:50PM Type of Service: CORPORATE

Documents: Summons And Complaint And Demand For Jury Trial And Exhibits

Original Service Address: Shellpoint Mortgage, 55 Beattie Place, Suite 500, Greenville, SC 29601

Service Details: served a CORPORATION by delivering a true copy of the Summons And Complaint And Demand For Jury Trial And Exhibits with the date and hour of service endorsed thereon by me, to: Sue Argentieri as Legal Department for Shellpoint Mortgage, at the address of: 511 Rhett Street, Suite 1A, Greenville, SC 29601, and informed said person of the contents therein, in compliance with state statutes.

Attachments: Link to Affidavit <http://www.pstprostatus.net/asp/showattachment.aspx?BlobID=9d693752-8920-4535-8bc1-62bd2db74052>   Link to ROS <http://www.pstprostatus.net/asp/showattachment.aspx?BlobID=8fe426bd-46b6-4941-842d-81010d0d27e9>

Thank you,
Serve Legal Process, Inc
wmurray@servelegalprocess.com
Phone: (813) 254-8762

More detailed status is available at www.pstprostatus.net

1

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, FLORIDA
CIVIL DIVISION

SETHE BAKER
        Plaintiff

v.                                      Case No. 2016-CA-001948

SHELLPOINT MORTGAGE,

        Defendant
_____/

## PLAINTIFF'S AMENDED NOTICE OF FILING OF
## RETURN OF SERVICE OF SUMMONS

Please take notice that Plaintiff, SETHE BAKER, has filed with the clerk of Circuit Court the return of service for the Summons served on SHELLPOINT MORTGAGE, on June 22, 2016.

        Respectfully Submitted,

        */s/Christie Arkovich*
        Christie D. Arkovich, Esq.
        Florida Bar No. 963690
        cdalaw@tampabay.rr.com
        Barbara C. Leon, Esq.
        Florida Bar No. 582115
        cdalaw5@tampabay.rr.com
        CHRISTIE D. ARKOVICH, P.A.
        1520 W. Cleveland St.
        Tampa, Florida 33606
        (813) 258-2808
        (813) 258-5911 (Facsimile)
        Attorneys for Plaintiff(s)
        Service email: 1. cdalaw@christiearkovich.com
                                       2. cdalaw3@tampabay.rr.com

# Tracy Tyler

| | |
|---|---|
| From: | WSP Server <DBSServer@dbsinfo.net> on behalf of Serve Legal Process, Inc <wmurray@servelegalprocess.com> |
| Sent: | Thursday, June 23, 2016 10:38 AM |
| To: | cdalaw7@tampabay.rr.com |
| Subject: | SKP Status on (Shellpoint Mortgage) |

To: Christie D. Arkovich, P.A.

This is an automated message relating to:
   Our Job Number: 2016001451
   Your Reference Number:
   Party to be Served: Shellpoint Mortgage
   Case Info: Florida Polk 2016-CA-001948
     Sethe Baker vs.
     Shellpoint Mortgage

Recipient was SERVED on Jun 22 2016 2:50PM Type of Service: CORPORATE

Documents: Summons And Complaint And Demand For Jury Trial And Exhibits

Original Service Address: Shellpoint Mortgage, 55 Beattie Place, Suite 500, Greenville, SC 29601

Service Details: served a CORPORATION by delivering a true copy of the Summons And Complaint And Demand For Jury Trial And Exhibits with the date and hour of service endorsed thereon by me, to: Sue Argentieri as Legal Department for Shellpoint Mortgage, at the address of: 511 Rhett Street, Suite 1A, Greenville, SC 29601, and informed said person of the contents therein, in compliance with state statutes.

Attachments: Link to Affidavit <http://www.pstprostatus.net/asp/showattachment.aspx?BlobID=9d693752-8920-4535-8bc1-62bd2db74052>   Link to ROS <http://www.pstprostatus.net/asp/showattachment.aspx?BlobID=8fe426bd-46b6-4941-842d-81010d0d27e9>


Thank you,
Serve Legal Process, Inc
wmurray@servelegalprocess.com
Phone: (813) 254-8762

More detailed status is available at www.pstprostatus.net

1

**2016CA-001948-0000-00**   **Received in Polk 06/23/2016 11:32 AM**

**IN THE CIRCUIT COURT, TENTH JUDICIAL CIRCUIT, IN AND FOR POLK COUNTY, FLORIDA**

**SETHE BAKER,**

    Plaintiff,

vs.

**SHELLPOINT MORTGAGE,**          **CASE NO.: 2016-CA-001948**

    Defendant.

_____/

**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT AND DESIGNATION OF PRIMARY AND SECONDARY E-MAIL ADDRESSES**

PLEASE TAKE NOTICE THAT William P. Heller, Esq., Justin E. Hekkanen, Esq., Joseph S. Troendle, Esq., and the law firm Akerman LLP, hereby file this notice of appearance as counsel for defendant New Penn Financial, LLC, d/b/a Shellpoint Mortgage Servicing, misidentified in the complaint as "Shellpoint Mortgage."

In accordance with Florida Rule of Civil Procedure 1.080 and Florida Rule of Judicial Administration 2.516, attorneys of record hereby designate their Primary and Secondary e-mail addresses and request that copies of all orders, process, pleadings, and other documents filed or served in this matter be served on them at the Primary and Secondary E-mail addresses listed below, with such service e-mail complying with Rule 2.516(b)(1)(E). Where service of hard copies is to be made in addition to the e-mail service required by Rule 2.516(b)(1)(A), counsel requests that the copies be served upon them at the physical address listed below.

                    Respectfully submitted,

                    **AKERMAN LLP**

                    */s/ Joseph S. Troendle*
                    Justin E. Hekkanen
                    Florida Bar No. 33712
                    Primary E-mail: justin.hekkanen@akerman.com
                    Secondary E-mail: nicole.frierson@akerman.com

{38609964;1}

        Joseph S. Troendle
        Florida Bar No. 60103
        Primary E-mail:  joseph.troendle@akerman.com
        Secondary E-mail: emory.woodard@akerman.com
        50 North Laura Street, Suite 3100
        Jacksonville, FL  32202-3646
        904-798-3700 (ph) / 904-798-3730 (fax)

        *—and—*

        William P. Heller
        Florida Bar No. 987263
        Primary e-mail: william.heller@akerman.com
        Secondary e-mail: lorraine.corsaro@akerman.com
        Las Olas Centre II
        350 East Las Olas Blvd., Suite 1600
        Fort Lauderdale, FL 33301
        954-759-8945 (ph) / 954-463-2224 (fax)
        *Counsel for New Penn Financial, LLC,*
        *d/b/a Shellpoint Mortgage Servicing*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic mail this 15th day of July, 2016, to:

Christie D. Arkovich, Esq., *counsel for plaintiff*
    Law Office of Christie D. Arkovich, 1520 W. Cleveland Street, Tampa, FL 33606
        ***E-Mail: cdalaw@tampabay.rr.com; cdalaw5@tampabay.rr.com***

        */s/ Joseph S. Troendle*
        Attorney